FILED

12/07/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0479

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0479

_____

AMANDA R. SAYLER,

       Petitioner and Appellant,

    v.                                  O R D E R

STATE OF MONTANA,

       Respondent and Appellee.

_____

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed electronically on December 4, 2020, this Court has determined that the brief does not comply with the below-referenced Rules and must be resubmitted.

M.R. App. P. 12(1)(d) requires that the brief contain a statement of facts relevant to the issues presented for review, with specific references to the pages or the parts of the record at which material facts appear. Appellant's opening brief cites only to the three-page District Court order being appealed without reference to other materials in the record.

M.R. App. P. 12(1)(g) requires that the brief contain citations to the authorities, statutes, and pages of the record relied on in the argument. Appellant's opening brief lacks citations to quoted references throughout the argument section.
Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rule[*s*] and that the Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

DATED this 7th day of December, 2020.

For the Court,

By_____

Justice Dirk Sandefur

Electronically signed by:
Dirk Sandefur
Justice, Montana Supreme Court
December 7 2020